```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12037
   TRACY M GRIER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3464
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 07/06/2007 and was confirmed 10/04/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was converted to chapter 7 after confirmation 03/05/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | .00 | .00 | .00 |
| STATE FARM BANK | SECURED VEHIC | 3861.00 | 24.38 | 330.03 |
| ARMOR SYSTEMS CO | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3419.00 | .00 | .00 |
| CITIFINANCIAL SERVICES | UNSECURED | 9392.13 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 530.74 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 4612.24 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM BANK | UNSECURED | 2342.15 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 45.26 | .00 | .00 |
| JP MORGAN CHASE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| STATE FARM BANK | UNSECURED | 351.94 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 631.25 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,874.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 25.59 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 380.00 | |
| PRIORITY | | .00 |
| SECURED | | 330.03 |
| INTEREST | | 24.38 |

            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 07 B 12037 TRACY M GRIER

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                25.59
DEBTOR REFUND                                                         .00
                                   ----------------    ----------------
TOTALS                                     380.00              380.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
     Dated: 08/20/08          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                            PAGE   2
         CASE NO. 07 B 12037 TRACY M GRIER